UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAHAM YATES, et al.,<br>　　　　Plaintiffs,<br>　　v.<br>FORD MOTOR COMPANY,<br>　　　　Defendant. | Case No.  15-mc-80164-DMR<br><br>**ORDER RE DISCOVERY DISPUTE**<br>Re: Dkt. No. 1 |

Third-party Cardno Chemrisk filed a motion to quash subpoenas on June 12, 2015. On June 18, 2015, the court denied the motion without prejudice and ordered the parties to file a joint letter in compliance with its Standing Order by no later than July 2, 2015. The court has not received a joint letter from the parties. If no such letter is filed by July 24, 2015, the court will assume the parties have resolved all disputes and close the case.

**IT IS SO ORDERED.**

Dated: July 17, 2015



Donna M. Ryu
United States Magistrate Judge