UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRAHAM YATES, et al.,

    Plaintiffs,

v.

FORD MOTOR COMPANY,

    Defendant.

Case No. 15-mc-80164-DMR

**ORDER TERMINATING MATTER**

    Third-party Cardno Chemrisk filed a motion to quash subpoenas on June 12, 2015. On June 18, 2015, the court denied the motion without prejudice and ordered the parties to file a joint letter in compliance with its Standing Order by no later than July 2, 2015. No such letter has been filed, and on July 17, 2015, the court warned the parties that it would close this matter unless the parties filed a joint letter by July 24, 2015. Having received no letter, the court directs the Clerk to close this matter.

**IT IS SO ORDERED.**

Dated: July 28, 2015



Donna M. Ryu
United States Magistrate Judge